UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DON ROSS,<br><br>    Plaintiff,<br><br>    v.<br><br>WEST COUNTY DETENTION FACILITY OF COUNTY OF CONTRA COSTA,<br><br>    Defendant. | Case No. 21-cv-06823-EMC<br><br>**ORDER OF DISMISSAL**<br><br>Docket No. 1 |

William Don Ross, an inmate at the West County Detention Facility in Richmond, California, sent to the Court a letter expressing concerns over being infected with the Covid-19 virus while incarcerated. Docket No. 1. In an effort to protect Mr. Ross's rights, a new action was opened and his letter was filed on September 1, 2021. *See id.* That same day, the Clerk of the Court informed Mr. Ross that he had not filed a complaint, and notified him that he had 28 days to do so, or the action would be dismissed. Docket No. 2. The Clerk also informed Mr. Ross that he had not paid the filing fee or applied for leave to proceed *in forma pauperis*, and notified him that that he had 28 days to either pay the fee or file an *in forma pauperis* application, or the action would be dismissed. Docket No. 3.

///

///

///

///

///

Mr. Ross did not file a complaint, and did not file an *in forma pauperis* application or pay the fee, and the deadline by which he was required to do so has passed. This action therefore is **DISMISSED** without prejudice for failure to file any pleading. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: November 3, 2021

_____
EDWARD M. CHEN
United States District Judge

2